**IN THE DISTRICT COURT OF THE UNITED STATES FOR THE**

**MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION**

| | |  |
|---|---|---|
| **IN RE:** | ) | |
| | ) | |
| **RICKEY Z. GRACE,** | ) | |
| | ) | |
|    Debtor. | ) | |
| | ) | |
| **E. TERRY BROWN,** | ) | |
| | ) | |
|    Appellant, | ) | |
| | ) | **CIVIL ACTION NO.** |
|    v. | ) | **2:04cv502-T** |
| | ) | **(WO)** |
| **RICKEY Z. GRACE,** | ) | |
| | ) | |
|    Appellee. | ) | |

**JUDGMENT**

It is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The judgment (Doc. No. 12) entered in this case is vacated as moot.

(2) The motion for rehearing (Doc. No. 13) is denied as moot.

(3) The motion to dismiss appeal (Doc. No. 16) is granted.

(4) The appeal in this case is dismissed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 17th day of August, 2005.

                     /s/ Myron H. Thompson
                   UNITED STATES DISTRICT JUDGE